# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr., Principal
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

December 23, 2002

*APPROVED* THIS 30th DAY OF Dec., 2002

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

FILED / ENTERED / LODGED / RECEIVED
DEC 30 2002
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

**Via HAND DELIVERY**
Honorable Andre M. Davis
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   ***Beverly Carrigan v. Provident Life & Accident Insurance Co.***
      ***Civil Action No.  AMD-02-3808***

Dear Judge Davis:

We are writing to request a 30 day extension of the December 24, 2002 deadline in your Scheduling Order. Counsel for the Plaintiff maintains her principal office in the State of Georgia. We plan to meet to discuss this case on January 10, 2003.

At that time, we want to be able to make an assessment as to whether this is an appropriate matter in which to request an early Settlement/ADR Conference and the other issues mentioned in the first three items in your Scheduling Order.

Consequently, we respectfully request that the December 24, 2002 deadline in your Scheduling Order be extended to January 24, 2003.

Thank you very kindly.

Very truly yours,

Pamela I. Atkins
Attorney for Defendant

J. Snowden Stanley, Jr.
Attorney for Plaintiff

JSS,Jr./cmw
(B0310095.WPD;1)