IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BEVERLY CARRIGAN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: AMD 02 CV 3808 |
| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The foregoing Joint Motion having been duly considered, it is this 23rd day of Jan., 2003,

ORDERED, that the December 13, 2002 Scheduling Order is amended as follows:

| Tasks | Original Scheduling Order Date | New Date |
|---|---|---|
| Pla. Rule 26(a)(2) | February 10, 2003 | April 10, 2003 |
| Def. Rule 26(a)(2) | March 10, 2003 | May 10, 2003 |
| Pla. rebuttal Rule 26(a)(2) | March 24, 2003 | May 24, 2003 |
| Rule 26(e)(2) | March 31, 2003 | May 31, 2003 |
| Disc. Deadline -Status Report | April 24, 2003 | July 24, 2003 |
| Requests for Admission | May 1, 2003 | August 1, 2003 |
| Dispositive Pretrial Motions | May 27, 2003 | August 27, 2003 |

Date_____     _____
                                Judge, United States District Court
                                For the District of Maryland

(B0315229.WPD:1)

-3-