# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY CARRIGAN** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: AMD 02 CV 3808 |
| **PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,** *et al.* | * | |
| | * | |
| **Defendants** | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER

The Plaintiff and the Defendant, by their undersigned counsel, respectfully move this Court for a further amendment to its Scheduling Order as follows:

| Tasks | Current Scheduling Order Date | Proposed New Date |
|---|---|---|
| Pla. Rule 26(a)(2) | August 10, 2003 | October 10, 2003 |
| Def. Rule 26(a)(2) | September 10, 2003 | November 10, 2003 |
| Pla. rebuttal Rule 26(a)(2) | September 24, 2003 | November 24, 2003 |
| Rule 26(e)(2) | September 24, 2003 | November 24, 2003 |
| Disc. Deadline -Status Report | November 24, 2003 | January 24, 2004 |
| Requests for Admission | December 1, 2003 | February 1, 2004 |
| Dispositive Pretrial Motions | January 10, 2004 | March 10, 2004 |

Since the Court's last extension of dates, counsel for Plaintiff and Defendant have conferred on various occasions with a view toward determining whether this matter can be resolved by settlement. Substantial settlement demands and offers have now been exchanged, and the parties are optimistic that significant progress can be made toward a settlement of this case in the near future. Consequently, they request the additional 60 days embodied in this Joint Motion in order to permit each side to concentrate on settlement discussions. The parties propose to report to the Court within 60 days as to the progress of their settlement efforts and, if necessary, to propose a final Scheduling Order needed to permit the case to be ready for disposition by the Court if that becomes necessary

Counsel will continue to cooperate to the greatest extent possible in this regard, but they respectfully request the extension of the Scheduling Order dates listed above in order to permit the completion of the settlement discussions in this matter.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Pamela I. Atkins | J. Snowden Stanley, Jr. (Bar No.: 00059) |
| Galler & Atkins, LLC | Semmes, Bowen & Semmes |
| 1140 Hammond Drive, Suite A-1200 | 250 W. Pratt Street |
| Atlanta, Georgia 30328 | Baltimore, Maryland 21201 |
| (770) 399-2790 | (410) 539-5040 |
| Attorneys for Plaintiff | Attorneys for Defendants |

(B0361670.WPD;1)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY CARRIGAN** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: AMD 02 CV 3808 |
| **PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,** *et al.* | * | |
| | * | |
| **Defendants** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

The foregoing Joint Motion having been duly considered, it is this _____ day of

_____, 2003,

ORDERED, that the Scheduling Order is amended as follows:

| Tasks | Original Scheduling Order Date | New Date |
|---|---|---|
| Pla. Rule 26(a)(2) | August 10, 2003 | October 10, 2003 |
| Def. Rule 26(a)(2) | September 10, 2003 | November 10, 2003 |
| Pla. rebuttal Rule 26(a)(2) | September 24, 2003 | November 24, 2003 |
| Rule 26(e)(2) | September 24, 2003 | November 24, 2003 |
| Disc. Deadline -Status Report | November 24, 2003 | January 24, 2004 |
| Requests for Admission | December 1, 2003 | February 1, 2004 |
| Dispositive Pretrial Motions | January 10, 2004 | March 10, 2004 |

Date_____       _____
                                                                                    Judge, United States District Court
                                                                                    For the District of Maryland

(B0361670.WPD;1)