IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY CARRIGAN** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: AMD 02 CV 3808 |
| **PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY**, *et al.* | * | |
| | * | |
| **Defendants** | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

The foregoing Joint Motion having been duly considered, it is this 7th day of August , 2003,

ORDERED, that the Scheduling Order is amended as follows:

| Tasks | Original Scheduling Order Date | New Date |
|---|---|---|
| Pla. Rule 26(a)(2) | August 10, 2003 | October 10, 2003 |
| Def. Rule 26(a)(2) | September 10, 2003 | November 10, 2003 |
| Pla. rebuttal Rule 26(a)(2) | September 24, 2003 | November 24, 2003 |
| Rule 26(e)(2) | September 24, 2003 | November 24, 2003 |
| Disc. Deadline -Status Report | November 24, 2003 | January 24, 2004 |
| Requests for Admission | December 1, 2003 | February 1, 2004 |
| Dispositive Pretrial Motions | January 10, 2004 | March 10, 2004 |

Date_____    ____/s/Andre M. Davis_____
                                Judge, United States District Court
                                For the District of Maryland

**THIS IS THE LAST MODIFICATION OF THE SCHEDULING ORDER. NO FURTHER MODIFICATIONS WILL BE APPROVED.**