LAW OFFICES
# GALLER & ATKINS
A LIMITED LIABILITY COMPANY
1117 PERIMETER CENTER WEST, W-405
ATLANTA, GEORGIA 30338

DAVID E. GALLER
PAMELA I. ATKINS (ALSO ADMITTED IN MD AND DC)

TELEPHONE (770) 399-2790
FAX (770) 399-2797
TOLL FREE (800) 936-4878

September 23, 2003

Ms. Felicia Cannon, Clerk of Court
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

    RE: Petition for Leave of Absence - Beverly Carrigan v. Provident Life and
       Accident Insurance Company et al
         Civil Action File Number: AMD-02-CV-3808

Dear Ms. Cannon:

I am writing to request a leave of absence for the following dates:

- September 29 - October 14, 2003 - Out of country, Wedding
- October 23 - October 24, 2003 - Out of state, Conference Speaker
- October 31 - November 10, 2003 - Out of state, Board of Directors Meeting and Conference Speaker
- November 24 - December 1, 2003 - Family Vacation
- December 8 - December 10, 2003 - Out of state, Conference Speaker
- December 22 - January 6, 2004 - Family Vacation

    I am enclosing Exhibit A, which lists the case style, presiding Judge and opposing counsel. Thank you for your assistance.

Very truly yours,

Pamela I. Atkins

PIA/jkw
Encl.

## PETITION FOR LEAVE OF ABSENCE

COMES NOW, Pamela I. Atkins, Applicant as Lead Counsel for the Plaintiff in the cases listed as Exhibit A and respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel, that she will be on leave and notifies the Court of the following:

1. The period of leave during which time the Applicant will be out of the country, out of the state and away from the practice of law is:

- September 29 - October 14, 2003 - Out of country, Wedding
- October 23 - October 24, 2003 - Out of state, Conference Speaker
- October 31 - November 10, 2003 - Out of state, Board of Directors Meeting and Conference Speaker
- November 24 - December 1, 2003 - Family Vacation
- December 8 - December 10, 2003 - Out of state, Conference Speaker
- December 22 - January 6, 2004 - Family Vacation

2. If no objections are filed, Applicant respectfully requests the Court to grant this Petition for Leave of Absence.

_____
Pamela I. Atkins
Georgia Bar No. 026302
Maryland Bar No: 26984

GALLER & ATKINS
1117 Perimeter Center West
W-405
Atlanta, Georgia 30338
(770) 399-2790
(770) 399-2797

## EXHIBIT A

| CASE STYLE | PRESIDING JUDGE | OPPOSING COUNSEL |
|---|---|---|
| Beverly Carrigan v. Provident Life and Accident Insurance Company, and Unumprovident Corporation<br><br>Civil Action File Number: AMD- 02- CV- 3808 | US District Court in Maryland<br>Andre M. Davis | J. Snowden Stanley, Jr.<br>Semmes Bowen & Semmes<br>250 W. Pratt Street<br>Baltimore, MD 21201 |

## CERTIFICATE OF SERVICE

I certify that I have this day served the following Petition For Leave of Absence upon all counsel of record by first class, U.S. Mail, with adequate postage thereon, and addressed as follows:

J. Snowden Stanley, Jr.
Semmes Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201

This 30 day of September, 2003.

Pamela I. Atkins, Esq.
Attorney for Plaintiff
Georgia Bar No. 026302
Maryland Bar No. 26984

Galler & Atkins, L.L.C.
1117 Perimeter Center West, Suite W405
Atlanta, Georgia 30338
Phone: (770) 399-2790
Fax: (770) 399-2797