IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEVERLY CARRIGAN, )<br>)<br>Plaintiff, )<br>)<br>)  CIVIL ACTION<br>v.                                                              )  FILE NO: 02-CV-3808-AMD<br>)<br>PROVIDENT LIFE AND ACCIDENT )<br>INSURANCE COMPANY, and )<br>UNUMPROVIDENT CORPORATION )<br>)<br>Defendants. ) | |

**PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY**

COMES NOW Plaintiff, BEVERLY CARRIGAN, pursuant to Fed. R. Civ. P. 26 (a)(2) and discloses only as to experts retained or specifically employed by a party to provide expert testimony. Plaintiff has not identified anyone to be called upon to provide expert testimony at this time and reserves the right to supplement this response as information becomes available in discovery.

This \_\_9th\_\_ day of \_\_October\_\_, 2003.

Pamela I. Atkins, Esq.
Attorney for Plaintiff
Georgia Bar No. 026302

Galler & Atkins, L.L.C.
1117 Perimeter Center West, Suite W405
Atlanta, Georgia 30338
Phone: (770) 399-2790
Fax: (770) 399-2797

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEVERLY CARRIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| vs. ) | No.: 02-CV-3808-AMD |
| ) | |
| PROVIDENT LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY** was served, via United States Mail, postage prepaid to the following:

>J. Snowden Stanley, Jr., Esq.
>Semmes, Bowen & Semmes, P.C.
>250 W. Pratt Street
>Baltimore, MD 21201

This 9th day of October, 2003.

_____
Pamela I. Atkins, Esq.
Attorney for Plaintiff
Georgia Bar No. 026302

Galler & Atkins, L.L.C.
1117 Perimeter Center West, Suite W405
Atlanta, Georgia 30338
Phone: (770) 399-2790
Fax: (770) 399-2797